**1**

## In the Matter of the Application of Elmer I. McKESSON, Appellant.

(Court of Appeals of District of Columbia. Submitted January 15, 1926. Decided April 5, 1926. Motion for Rehearing Denied April 24, 1926.)

### Patent Appeal No. 1813.

G. E. Kirk, of Toledo, Ohio, for appellant.

T. A. Hostetler, of Washington, D. C., for Commissioner of Patents.

Before MARTIN, Chief Justice, ROBB, Associate Justice, and BLAND, Judge of the United States Court of Customs Appeals.

PER CURIAM. Appeal from a decision of the Commissioner of Patents, refusing claims Nos. 43 to 49, inclusive, in appellant's reissue application, because they do not properly read upon his disclosure, and because he is estopped to make them in a reissue application, he having canceled from his original application claims of substantially the same scope.

We have carefully examined the record and brief of appellant, in the light of his oral argument, and are content to rest our opinion upon the decisions of the Patent Office. The decision is affirmed.

Affirmed.

---

**2**

## AMERICAN PAPER EXPORTS, Inc., Plaintiff in Error, v. UNITED STATES PAPER IMPORT CO., Inc., Defendant in Error.

(Circuit Court of Appeals, Second Circuit. April 5, 1926.)

### No. 306.

In Error to the District Court of the United States for the Southern District of New York.

Eisman, Lee, Corn & Lewine, of New York City (Bernard H. King, of New York City, of counsel), for plaintiff in error.

Purrington & McConnell, of New York City (W. A. Purrington, of New York City, of counsel), for defendant in error.

Before ROGERS, HAND, and MACK, Circuit Judges.

PER CURIAM. Order affirmed.

---

**3**

## AMERICAN STEEL FOUNDRIES, Appellant, v. Thomas E. ROBERTSON, Commissioner of Patents, and Simplex Electric Heating Company, Appellees.

(Circuit Court of Appeals, Seventh Circuit. February 15, 1926.)

### No. 3405.

Appeal from the District Court of the United States for the Northern District of Illinois, Eastern Division.

George L. Wilkinson, of Chicago, Ill., for appellant.

Nathan Heard, of Boston, Mass., for appellee Simplex Electric Heating Co.

Before EVANS and PAGE, Circuit Judges, and LUSE, District Judge.

PER CURIAM. Upon the presentation of this appeal to this court, it was deemed advisable to certify three questions to the Supreme Court. On the 4th day of January, 1926, the Supreme Court rendered its opinion (46 S. Ct. 160, 70 L. Ed. ——) and answered the submitted questions in appellant's favor.

On the strength of that opinion, the decree of the District Court is reversed, with directions to grant the relief sought.

---

**4**

## Paco ANTIONO and another, Plaintiffs in Error, v. UNITED STATES, Defendant in Error.

(Circuit Court of Appeals, Second Circuit. May 7, 1926.)

### No. 344.

In Error to the District Court of the United States for the Eastern District of New York.

Isidore Oshlag and Joseph H. Wackerman, both of Brooklyn, N. Y., for plaintiffs in error.

William A. De Groot, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg, of Brooklyn, N. Y., of counsel), for the United States.

Before HOUGH, MANTON, and MACK, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.